■ In the Matter of CHARLES KATZENSTEIN, an Attorney, Respondent. QUEENS COUNTY BAR ASSOCIATION, Petitioner.— In a disciplinary proceeding against an attorney, the Referee filed his report in which he finds respondent guilty of the charges made against him and recommends his disbarment. Petitioner now moves to confirm the Referee's report. Motion granted, report con-

firmed; respondent disbarred and his name ordered to be struck from the roll of attorneys (see, also, *Matter of Brooklyn Bar Assn.* [*Katzenstein*], 12 A D 2d 806). Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.